FULL NAME ___Jeremy Martin Haar___

COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION ___Metropolitan Detention Center Los Angeles___

___535 N.Alameda St. Los Angeles CA 90012___

PRISON NUMBER (if applicable) ___08518509___

FEE DUE

FILED
CLERK, U.S. DISTRICT COURT

JUL 13 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Jeremy Martin Haar

PLAINTIFF,

v.

Juan Mattos Jr., David M. Singer, Grace Melendez, Michael Carvajal, Michael Smith, Adelt wad, GFG Health, Core Civic, Jennifer Miranda

DEFENDANT(S).

CASE NUMBER

___2:22-CV-04827-CJC-DFM___

*To be supplied by the Clerk*

## CIVIL RIGHTS COMPLAINT
## PURSUANT TO *(Check one)*

☑ 42 U.S.C. § 1983

☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

---

CV-66 (7/97)

**CIVIL RIGHTS COMPLAINT**

Page 1 of 6

    a.   Parties to this previous lawsuit:

         Plaintiff _____

         Defendants _____

    b.   Court _____

    c.   Docket or case number _____

    d.   Name of judge to whom case was assigned _____

    e.   Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

    f.   Issues raised: _____

    g.   Approximate date of filing lawsuit: _____

    h.   Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☑ Yes   ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint?  ☑ Yes   ☐ No

    If your answer is no, explain why not _____

3.  Is the grievance procedure completed?  ☑ Yes   ☐ No

    If your answer is no, explain why not _____

4.  Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff **Jeremy Martin Harp**
                                                                   (print plaintiff's name)

who presently resides at **Metropolitan Detention Center Los Angeles**,
                                           (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

**Essex County Correctional Facility, Cimmarron Correctional Facility, MDC-LA**
                                   (institution/city where violation occurred)

on (date or dates) _November 28, 2020, January 20, 2021_ , _March 14, 2021_ .
(Claim I)         (Claim II)              (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than
five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant   _Juan Mattos Jr._ _____ resides or works at
(full name of first defendant)

_50 Walnut Street, Room 2009 Newark, NJ 07102_
(full address of first defendant)

_U.S. Marshall for District of New Jersey_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
_Responsible for care of inmate while held in US Marshall custody._

2.   Defendant   _David M. Singer_ _____ resides or works at
(full name of first defendant)

~~330 First St N W~~ ~~Washington DC 20534~~ _312 N. Spring Street LosAngeles_
(full address of first defendant)                                      _CA 90012_

_U.S. Marshall for Central District of California_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
_Responsible for care and wellness of inmates held in US Marshal custody._

3.   Defendant   _Grace Melendez_ _____ resides or works at
(full name of first defendant)

_354 Doremus Ave Newark, NJ 07105_
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
_Responsible to provide medical care and treatment to inmates_
_incarcerated in Essex County Correctional Facility._

4. Defendant __Michael Carvajal_____ resides or works at
(full name of first defendant)

__320 First St. NW Washington, DC 20534_____
(full address of first defendant)

__Director of Federal Bureau of Prisons_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

__Responsible for the care and wellness of all inmates held in federal custody.__

5. Defendant __Michael Smith_____ resides or works at
(full name of first defendant)

__320 First St. NW Washington, DC 20534_____
(full address of first defendant)

__Assistant Director of the Health Services Division__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

__Responsible for the healthcare of all inmates in federal custody.__

---

on (date or dates) November 28, 2020 , January 20, 2021 , March 14, 2021 .
                     (Claim I)            (Claim II)          (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **Adel Awad** resides or works at
(full name of first defendant)

**535 N. Alameda Street Los Angeles, CA 90012**
(full address of first defendant)

**Chief Medical Officer/Primary Care Provider**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

Employed to provide medical care and treatment to inmates housed at Metropolitan Detention Center Los Angeles.

2. Defendant **CFG Health Systems, LLC** resides or works at
(full name of first defendant)

**765 East Route 70 Building A-101 Marlon, NJ 08053**
(full address of first defendant)

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

Employed by Essex County to run infirmary and provide medical care to inmates held in their county jail.

3. Defendant **Core Civic / Cimarron Correctional Facility** resides or works at
(full name of first defendant)

**3200 Kingshighway Cushing, OK 74024**
(full address of first defendant)

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

Employed employees to provide medical care to inmates held at their facility.

4. Defendant   _Jennifer Miranda_____ resides or works at
      (full name of first defendant)

   _535 N. Alameda St. LosAngeles, CA 90012_____
      (full address of first defendant)

   _Physician Assistant_____
      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

_Employed by Federal Bureau of Prisons to provide medical care to inmates_
_at Metropoliton Detention Center Los Angeles._

5. Defendant   _John Doe #1_____ resides or works at

      (full name of first defendant)

   _____
      (full address of first defendant)

   _____
      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

_Employed to provide medical care to inmates_

---

CIVIL RIGHTS COMPLAINT

**D. CLAIMS***

<b>CLAIM I</b>

The following civil right has been violated:

8th Amendment : Right to be free of cruel and unusual punishment

14th Amendment: Right to reasonable access to medical care

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

See Attached

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

TRULINCS 08518509 - HAAR, JEREMY MARTIN - Unit: LOS-H-S

-------------------------------------------------------------------------------------------------------------

FROM: 08518509
TO: Smith, Andrea
SUBJECT: Jeremy Haar Declaration
DATE: 06/20/2022 02:58:42 PM

On November 28, 2020 while held in federal custody by the United States Marshal Service in the City of Newark at Essex County Correctional Facility I was found unconscious in my cell located in housing unit 2-B-1. Upon finding me unconscious the guard attempted to wake me unit I was responsive, upon which I explained to him that the last thing I remembered was getting dizzy and falling when I used the bathroom. I informed him I believed I hit my head and the extreme pain and dizziness I was experiencing, to which he told me he'd call the infirmary ran by CFG Health Systems, LLC and ask a nurse to come to the housing unit as I was unable to stand or walk. Upon a nurse arriving at my cell I as well as the guard informed him of what happened and begged him to send me to the hospital for examination however he not only refused but performed no examination on me and told me to lay down. Starting November 30, 2020 I sent countless sick call requests to the infirmary describing the extreme amount of pain I was experiencing, the tingling and numbness in my extremities, and the nausea and vomiting I was experiencing all due to my injury and begged them for help. All of my requests for the care I needed were ignored which not only subjected me to continuing physical pain but also significant emotional pain as I felt helpless and that no one cared about helping me. I continuously told my parents, guards, my lawyers, and other inmates daily of the pain and other abnormalities I was experiencing, and eventually my parents had enough of me not getting the help I needed that my mother Robin Haar contacted New Jersey Senator Corey Booker in an attempt to get the infirmary and Essex County to see me and provider the care I needed. On December 30, 2020 my mom communicated with Mr. Booker's Senior Constituent Advocate, Mr. Alfred Mason and explained my situation. As a result of my moms as well as Mr. Masons efforts I was finally seen by the infirmary on January 2, 2021. I was diagnosed with a severe head injury and vestibulopothy, and as a result of it being untreated for over a month I would now suffer from lifelong chronic migraines and life long equilibrium issues due to the vestibulopothy. I was prescribed Topomax a medication to treat migraines, finally giving me some relief from the pain. Unfortunately despite the migraines and pain being treated I was still experiencing the other adverse effects such as nausea, vomiting, dizziness, and numbness in my extremities all of which I reported to medical staff. Over the next several weeks I was seen by the infirmary and it was seen that I was loosing weight due to my constant vomiting however it was ignored. On or about January 17, 2021 medical staff evaluated me due to my continuous complaints of not being able to eat and it was seen I had lost several pounds in a short period due to not being able to keep food down, and a CFG employed nurse recommended I be placed on a liquid diet to gain weight back. The nurse informed my need of the liquid diet to Dr. Grace Melendez who refused to prescribe the luquid diet despite being told the serious need and instead placed an order for the USMS to take me to an outside provider something she admitted would take months instead of providing the immediate necessary care. On January 19, 2021 my mom once again reached out to Senator Booker and Mr. Mason address the fact I was still not being provided the proper and necesssary care including CFG not providing a CT scan which they offered but never performed. I waited anxiously to be taken to a neurologist to be treated, however before I could be taken I was transfewred by the USMS to Olahoma, and was told by the USMS that the order to be seen by a neurologist would follow me and to ask for it when I got to my next facility. Immediately upon my arrival at Cimarron Correctional Facility ran by Core Civic in Cushing Oklahoma, I informed medical staff of the order to see a neurologist as well as my prescrined Topomax. I was told both would be looked into and once confirmed would be provided. I was later informed by medical staff that both of my needs were confirmed and I would be given my Topomax however I could not be taken to a outside provider because I was in transfer and not in "their custody". After not being provided my Atopomax for a week I placed a grievance asking for my medication that I was told would be given with no issue. After waiting another several weeks and still not having receievd my medication or a response, I filed another grievance and contacted my parents who subsequently emailed my attorneys Edward Robinson and Nancy Kardon. Nancy informed my parents that shge contacted the facility and they responded stating according to my medical reocrds I was in fact being given my Topomax, something which was untrue. Despite several attempts to be given my prescribed medication I was unsucessful and on March 10, 2021 I was transfered to the Central District of California. Upon arriving in California I was housed at Metropolitan Detention Center Los Angeles, also known as MDC-LA. During the intake process I informed medical of my prescribed Topomax, asthma inhaler, as well as the order to see a neurologist and was told I would be able to continue to take both medications as prescribed. On March 11, 2021 I was arraigned in Federal Court in front of Magistrate Siegel, during which my attorney Edward Robinson mentioned the order from Dr. Melendez and asked it be followed, to which Magistrate Siegel said she would recommend it be completed by the USMS. Upon returning from court I received my prescribed inhaler asthma inhaler and saw that the prescription refill occurance was wrong as it's required to be refulled every 15 days but it was written to be refilled every 30. On or about March 15 I was taken down to medical and seen by my primary care physical Dr. Adel Awad in regards to the recommendation of seeing an outside provider. Dr. Awad confirmed my diagnosis of chronic migraines and I requested that my dosage of Topomax be increased as it was not working as effectively as my body adapted to it. He informed me that he was not going to increase the dose and in fact was taking me off it completely due to the fact that it was non-formulary even though it had been this medication and how much it helped me but it was worthless as he refused to allow me to take it and instead put me on a differrent medication that would supposedly help relieve the pain caused by my migraines. I also informed him of the issue with my inhaler prescirption and was told it would be fixed. Over the next several weeks I had

TRULINCS 08518509 - HAAR, JEREMY MARTIN - Unit: LOS-H-S

-----------------------------------------------------------------------------------------------

countless migraine attacks despite taking the new medicaiton and ran out of my inhaler due to the prescription being wrong and not being able to be refilled. I filed a sick call stating both of the issues and was seen by Mr. Forbes, a physicians assistant at the facility. I informed him of my issues and he said he would talk to Dr. Awad about giving me my Topomax back and allowing him to give me a shot that helps relieve migraines and in the mean time would increase the dose of the new migriane medication. I was later inmformed Dr. Awad not only once again refused my request to be given my doctor ordered Topomax but also refused to allow Mr. Forbes to give me the migraine shot which would help relieve the pain and suffering I was experiencing. I also asked about the issue of my inhaaler and was told that it would be taken care of. Over the next several months I continued experiencing my debilitating migraines and experienced zero relief from the new medicaiton I was given by Dr. Awad that I started filing sick calls in an attempt to get help. I was seen by Mrs. Jennifer Miranda a physician assistant, and due to the fact the one medication was not working she refused to give me my Topomax but prescribed another to add on to the first. After about two weeks IU filed another sick call stating I was still receiving zero relief from the medications and that the prescription for my inhaler was sdtill not fixed. I was once again seen by Mrs. Miranda and instead of giving me a functional medication she just increased the dose and I was once again told my inhaler prescription would be fixed. Over the next several months I continued filing sick calls to medical staff including Dr. Awad, HSA Leen, and Mrs. Miranda stating that I was in extreme pain from my migraines and the negative effect they were causing me, as well as the unsolved issue with my inhaler prescription. All of these sick call requests were ignroed and went unanswered and I was never seen despite my pleas, therefore I started the administrative remedy process in order to have my needs addressed, and once again it was to no avail.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I pray for a court order to provide any medication ordered by a physician even if non-formulary. I also pray for an order to bring me to a neurologist to obtain a formal and proper diagnosis and treatment plan.

06/20/22
*(Date)*

*(Signature of Plaintiff)*



