## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JEREMY MARTIN HAAR,

**CASE NUMBER**

CV 22-04827-CJC (DFM)

PLAINTIFF(S)

v.

JUAN MATTOS JR. et al.,

**ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL**

DEFENDANT(S).

A request and declaration having been presented in compliance with the provisions of 28 U.S.C. § 1915; and an Order having been filed permitting commencement of suit without prepayment of filing fees;

IT IS HEREBY ORDERED that the United States Marshal is authorized to proceed with service of process upon the following defendants **only** without prepayment of cost, until further Order of the Court:

| Defendant | Individual | Official |
|---|---|---|
| DR. ADEL AWAD, CHIEF MEDICAL OFFICER, | ☒ individually | ☐ official capacity |
| . . . MDC LA, 535 ALAMEDA ST., LOS ANGELES, CA 90012 | ☐ individually | ☐ official capacity |
| JEANNETE MIRANDA, PHYSICIAN ASSISTANT, | ☒ individually | ☐ official capacity |
| . . . MDC LA (same address as above) | ☐ individually | ☐ official capacity |
| MS. LEAN, ASSISTANT WARDEN, FORMER HEALTH | ☒ individually | ☐ official capacity |
| . . . SERVICES ADMINISTRATOR, | ☐ individually | ☐ official capacity |
| . . . MDC LA (same address as above) | ☐ individually | ☐ official capacity |
| | ☐ individually | ☐ official capacity |

Upon receipt of this order, the United States Marshal may request that the defendant(s) waive service. If a waiver of service is not returned by a defendant within thirty (30) days of the date of mailing a request for waiver, the United States Marshal shall personally serve process upon that defendant.

January 31, 2024

Date

Douglas F. McCormick

United States Magistrate Judge

CV-35 (11/96)                ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL