JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JEREMY MARTIN HAAR, <br><br> Plaintiff, <br><br> v. <br><br> JUAN MATTOS JR., et al., <br><br> Defendants. | No. CV 22-04827-CV (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' Motion to Dismiss is granted and this action is dismissed with prejudice.

Date: 4/28/25

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
United States District Judge